UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KENNEY PROPERTIES, INC., KENNEY HOLDINGS, LLC, KENNEY REALTY SERVICES, LLC, and GRESHAM PARK, LLC, </br></br>Plaintiffs,</br></br>v.</br></br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,</br></br>Defendant. | **JUDGMENT IN A CIVIL CASE**</br>**CASE NO. 5:21-CV-308-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for judgment on the pleadings [D.E. 17] and DISMISSES plaintiffs' complaint. Defendant had no duty to defend or indemnify plaintiffs.

**This Judgment Filed and Entered on July 14, 2022, and Copies To:**

| | |
|---|---|
| Theodore B. Smyth | (via CM/ECF electronic notification) |
| David L. Brown | (via CM/ECF electronic notification) |
| Martha B. Brown | (via CM/ECF electronic notification) |

DATE:  
July 14, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk