IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:21-cv-308

| | |
|---|---|
| KENNEY PROPERTIES, INC., KENNEY HOLDINGS, LLC, KENNEY REALTY SERVICES, LLC and GRESHAM PARK, LLC d/b/a AUTUMN POINTE APARTMENTS, <br><br> Plaintiffs, <br><br> v. <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | **PLAINTIFFS' NOTICE OF APPEAL TO THE FOURTH CIRCUIT COURT OF APPEALS** |

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Plaintiffs Kenney Properties, Inc., Kenney Holdings, LLC, Kenney Realty Services, LLC, and Gresham Park LLC, d/b/a Autumn Pointe Apartments, hereby give notice of appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered by Judge James C. Dever, III, on July 13, 2022 [DE 24] granting Defendant Philadelphia Indemnity Insurance Company's motion for judgment on the pleadings and dismissing Plaintiffs' complaint.

Respectfully submitted, this the 10th day of August, 2022.

2

                CRANFILL SUMNER LLP

By:   /s/ Theodore B. Smyth
       Theodore B. Smyth
       N.C. State Bar No: 10045
       P.O. Box 27808
       Raleigh, NC 27611-7808
       Telephone: 919-828-5100
       Email: tsmyth@cshlaw.com
       *Attorneys for Plaintiffs*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:21-cv-308

| | |
|---|---|
| KENNEY PROPERTIES, INC., ) <br> KENNEY HOLDINGS, LLC, ) <br> KENNEY REALTY SERVICES, ) <br> LLC and GRESHAM PARK, LLC ) <br> d/b/a AUTUMN POINTE ) <br> APARTMENTS, ) <br> ) <br>        Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PHILADELPHIA INDEMNITY ) <br> INSURANCE COMPANY, ) <br>        Defendant. ) | **CERTIFICATE OF SERVICE** |

I hereby certify that on August 10, 2022, I electronically filed the foregoing **PLAINTIFFS' NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which will send automatic notice to the following counsel of record:

David L. Brown
Martha P. Brown
Goldberg Segalla LLP
dbrown@goldbergsegalla.com
mpbrown@goldbergsegalla.com
*Attorneys for Defendant*

                                    CRANFILL SUMNER LLP

                    By:   /s/ Theodore B. Smyth
                          Theodore B. Smyth
                          N.C. State Bar No: 10045
                          P.O. Box 27808
                          Raleigh, NC 27611-7808
                          Telephone: 919-828-5100
                          Email: tsmyth@cshlaw.com
                          *Attorneys for Plaintiffs*